```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 13304
   DANIEL W BROWN
   TASHANDA L MATTOX                         CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2685     SSN XXX-XX-9195


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was confirmed 08/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED            .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00            .00           .00
AMERICAS SERVICING CO     UNSECURED      NOT FILED            .00           .00
TRIAD FINANCIAL CORP      SECURED VEHIC    1923.97           7.40        996.32
CINGULAR                  UNSECURED      NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED            .00           .00
ICE MOUNTAIN WATER        UNSECURED      NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         458.32            .00           .00
MID AMERICA BANK          UNSECURED      NOT FILED            .00           .00
STONE PARK POLICE DEPART  UNSECURED      NOT FILED            .00           .00
FIRST SOURCE              UNSECURED      NOT FILED            .00           .00
WEST SUBURBAN MEDICAL CE  UNSECURED      NOT FILED            .00           .00
WEST LAKE HOSPITAL        UNSECURED      NOT FILED            .00           .00
RESURRECTION HEALTHCARE   UNSECURED      NOT FILED            .00           .00
WEST LAKE HOSPITAL        UNSECURED      NOT FILED            .00           .00
STERLING INC              UNSECURED         345.04            .00           .00
KING BRIAN DPM            UNSECURED      NOT FILED            .00           .00
MERCHANTS CR              UNSECURED      NOT FILED            .00           .00
LOYOLA UNIVERSITY HEALTH  UNSECURED      NOT FILED            .00           .00
DIRECTV                   UNSECURED      NOT FILED            .00           .00
NELNET                    UNSECURED      NOT FILED            .00           .00
NELNET                    UNSECURED      NOT FILED            .00           .00
NELNET                    UNSECURED      NOT FILED            .00           .00
NELNET                    UNSECURED      NOT FILED            .00           .00
NICOR GAS                 UNSECURED      NOT FILED            .00           .00
COLLECT AMERICA           UNSECURED         424.50            .00           .00
TCF BANK                  UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD       UNSECURED      NOT FILED            .00           .00
RMI/MCSI                  UNSECURED         250.00            .00           .00
RMI/MCSI                  UNSECURED         500.00            .00           .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED            .00           .00
```

```
ISAC                          UNSECURED           5901.90                .00              .00
JEFFERSON CAPITAL SYSTEM      UNSECURED            390.50                .00              .00
LEGAL HELPERS PC              DEBTOR ATTY         2,158.00                                .00
TOM VAUGHN                    TRUSTEE                                                   87.28
DEBTOR REFUND                 REFUND                                                     .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                  1,091.00

PRIORITY                                              .00
SECURED                                            996.32
    INTEREST                                          7.40
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                87.28
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                   1,091.00             1,091.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 08 B 13304 DANIEL W BROWN & TASHANDA L MATTOX